IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30113-H3 -13 |
| **Bobby Joe McDanials Jr** | § | |
| **Shronda Rhesha Thrower-McDanials** | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

## MOTION TO EXTEND AUTOMATIC STAY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Bobby Joe McDanials Jr and Shronda Rhesha Thrower-McDanials, Debtors, and filed this Motion to Extend Automatic Stay and would respectfully show as follows:

1. Debtors filed previous bankruptcy case number 24-30971. The previous case was pending within one year of the filing date of this case. Debtors seek to extend the Section 362 stay in this case and show the Court that this case is filed in good faith.

2. In the previous case, the Chapter 13 Trustee filed a Motion to Dismiss on 04/12/2024. See Doc. No. 21. The Trustee's Motion to Dismiss alleged failure to make payments and file required documents as grounds for dismissal.

3. The Court granted the Trustee's Motion to Dismiss by order signed on 5/13/2024. See Doc. No. 38.

4. Debtors filed the instant bankruptcy proceeding on 1/6/2025.

5. Debtors became unable to make Chapter 13 plan payments in the previous case because Ms. McDanials was not given enough working hours at her full-time job while Mr. McDanials lost his employment. The Debtors were unable to sustain their living expenses in addition to the Ch. 13 plan payments.

6. Since the dismissal of the previous case, Ms. McDanials has obtained additional employment as an independent contractor working with several hospice facilities. She also receives a monthly contribution from her mother who lives in Debtors' home. Mr. McDanials is now working full time as a truck driver bringing in substantial income. Debtors' current income will allow Debtors to successfully complete this Chapter 13 plan.

7. Debtors have retained Keeling Law Firm to prepare the required schedules, a Statement of Financial Affairs, Form 22c, a Chapter 13 Plan, and any other documents necessary to comply with the requirements of 11 USC 521, all of which have been filed with the Court.

8. Debtors filed this bankruptcy proceeding in good faith so Debtors may protect their homestead, reorganize their debts, and receive a discharge.

9. The automatic stay should be extended as to all creditors on the basis that Debtors filed this case in good faith to complete the Chapter 13 plan. The change in Debtors' financial circumstances evidence Debtors' ability to make all plan payments as required.

10. The automatic stay should be extended as to the secured creditors listed on Schedule D. Debtors' homestead is necessary to an effective reorganization.

11. The automatic stay should be extended as to Debtors' priority and general unsecured creditors listed on schedules E and F. Were these creditors not stayed during the term of this bankruptcy proceeding, the collection efforts would impair Debtors' ability to successfully complete this Chapter 13 Plan.

12. To the extent that the stay was lifted in a previous case as to any real property still in Debtors' possession, Debtors request the automatic stay be imposed pursuant to 11. U.S.C. § 362(b)(20).

Premises considered, Debtors request that the Court grant this Motion to Extend Automatic Stay. A form of Order is submitted with this motion.

Respectfully submitted,
KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Iridyan Lopez; TBN 24124994
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Automatic Stay has been served on all parties by electronic service or by United States First Class Mail on January 8, 2025, as follows:

UNITED STATES TRUSTEE
United States Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
*Via ECF*

CHAPTER 13 TRUSTEE
1220 Augusta Drive
Suite 500
Houston, TX 77057
*Via ECF*

DEBTORS
Bobby Joe McDanials Jr and
Shronda Rhesha Thrower-McDanials
6111 Knollwood Trail
Spring, TX 77373

CREDITORS

| | | |
|---|---|---|
| Acima Digital LLC<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Amex<br>Correspondence/ Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Banfield Pet Hospital<br>11815 Ne Glenn Widing Dr<br>Portland, OR 97220-9057 |
| Bank of America<br>Attn: Bankruptcy<br>PO Box 982234<br>El Paso, TX 79998 | Capital One<br>Bankruptcy<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 | Cypresswood Green Property Owners, Inc.<br>c/o SPECTRUM ASSOCIATION M<br>17319 San Pedro Ave Ste 318<br>San Antonio, TX 78232-1443 |
| Deferit Inc<br>Attn: Bankruptcy/Legal<br>610 Fifth Ave. POB 5193<br>New York, NY 10185 | Global Lending Services LLC<br>1200 Brookfield Blvd Ste. 300<br>Greenville, SC 29607 | Harris County<br>Ann Harris Bennett - Tax Assessor<br>P. O. Box 3547<br>Houston, TX 77253-3547 |
| IC System, Inc<br>Attn: Bankruptcy | Lvnv Funding/Resurgent Capital | Midland Funding, LLC<br>Attn: Bankruptcy |

| | | |
|---|---|---|
| PO Box 64378<br>Saint Paul, MN 55164 | Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603 | Po Box 939069<br>San Diego, CA 92193-9069 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, KS 67504 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Newrez<br>Attn: Bankruptcy<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | OneMain Financial<br>Attn: Bankruptcy<br>PO Box 1010<br>Evansville, IN 47731 | Spring ISD<br>1235 North Loop W Ste 600<br>Houston, TX 77008-1772 |
| Tattor Road Mud<br>Po Box 73109<br>Houston, TX 77273-3109 | | |

/s/Kenneth A. Keeling
Kenneth A. Keeling